INTAKE
SEP 26 2019

FILED

SEP 26 2019

Magistrate Judge Sidney I. Schenkier
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARS JACQUIN and<br>PAUL MOSLEY | CASE NUMBER: 19CR 754<br><br>UNDER SEAL<br><br>MAGISTRATE JUDGE SCHENKIER |

**GOVERNMENT'S MOTION TO SEAL**
**COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS**

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrants:

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter before the arrest warrants can be executed could alert the defendants and result in their flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until the time of arrest of all defendants in this case or further order of the Court, whichever occurs earlier.

DATE: September 26, 2019

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: ______________________________
Andrew C. Erskine
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500

Chicago, Illinois 60604
(312) 353-1875