AC

FILED

JAN 28 2020 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARS JACQUIN and<br>PAUL MOSLEY | 19 CR 754<br><br>Violations: Title 21, United States Code, Sections 841(a) and 846<br><br>JUDGE LEE<br>MAGISTRATE JUDGE SCHENKIER |

**COUNT ONE**

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

1. Beginning no later than on or about March 1, 2018, and continuing until at least on or about May 18, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN and
PAUL MOSLEY,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846; and

2. With respect to EDUARS JACQUIN, the offense involved 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

**COUNT TWO**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. On or about March 8, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN and
PAUL MOSLEY,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; and

2. With respect to EDUARS JACQUIN, the offense involved 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

## COUNT THREE

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. On or about March 16, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN and
PAUL MOSLEY,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; and

2. With respect to EDUARS JACQUIN, the offense involved 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

**COUNT FOUR**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. On or about March 28, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN and
PAUL MOSLEY,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; and

2. With respect to EDUARS JACQUIN, the offense involved 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

**COUNT FIVE**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about April 24, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN,

defendant herein, did knowingly and intentionally distribute a controlled substance; namely, 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. On or about May 18, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN and
PAUL MOSLEY,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; and

2. With respect to EDUARS JACQUIN, the offense involved 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

**COUNT SEVEN**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about June 28, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDUARS JACQUIN,

defendant herein, did knowingly and intentionally distribute a controlled substance; namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, as set forth in this Indictment, defendants shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. The property to be forfeited includes, but is not limited to the following specific property:

a. a total of approximately $14,730 in narcotics proceeds received by defendants on or about March 8, 2018, March 16, 2018, March 28, 2018, April 24, 2018, May 18, 2018, and June 28, 2018.

3. If any of the property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY