IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>EDUARS JACQUIN and,<br>PAUL MOSLEY,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>Case No. 19 CR 754<br><br><br>Honorable John Z. Lee,<br>*Judge Presiding* |

**DEFENDANTS' JOINT STATUS REPORT**

Defendant Eduars Jacquin, by counsel, Susan Pavlow, and Defendant Paul Mosley, by counsel John Sullivan, respectfully submit the following status report pursuant to the Court's order of December 22, 2020. Dk. #102.

Defendants Eduars Jacquin and Paul Mosley understand they have a right to be personally present before the Court for a hearing on the violations of pretrial release. The Defendants waive the right to be personally present and consent to proceed with the hearing by video.

Respectfully submitted,

/s/ Susan M. Pavlow
Attorney for Defendant Jacquin
Law Offices of Susan M. Pavlow
53 W. Jackson Blvd., Suite 1215
Chicago, Illinois 60604
(312) 322-0094
smpavlow@mac.com

/s/ John Sullivan
Attorney for Defendant Mosley
Attorney at Law
1420 Lehigh Avenue
Glenview, Illinois 60026
(312) 406-5566
Email: sullivanljohn@yahoo.com