**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 19-CR-754 |
| v. | ) | Honorable Mary Rowland |
| | ) | Judge Presiding |
| EDUARS JACQUIN | ) | |

**DEFENDANT'S CHARACTER LETTER IN SUPPORT**
**<u>OF HIS SENTENCING MEMORANDUM</u>**

Now Comes the Defendant, EDUARS JACQUIN, by and through his attorney, LISA M. LOPEZ, and submits the following character letter from Mr. Stephen Jenkins in support of his sentencing memorandum.

Respectfully submitted,

*<u>/s/Lisa M. Lopez</u>*

Lisa M. Lopez
Lopez & Lopez, LTD.
Attorney No. 6301850
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001

Stephen Jenkins, CPA
1210 Church Street
Evanston, IL 60201
(612) 669-1393

The Honorable Mary Rowland
United States District Court Judge
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge Mary Rowland,

At first, I didn't recognize Eduars Jacquin when he greeted me by name after my admission to MCC Unit 23. The glimmer in his eyes and smile on his face was so foreign to the Eddie that I knew for eight years, both in active addiction and recovery. Could he possibly be the same kind yet spiritually tormented man I knew when we were both entrenched in the clutches of active addiction or turmoil of early recovery? I know now that Mr. Jacquin had a spiritual transformation as a sober man, and he is now dedicated to a program of recovery. I reaped the benefits of Mr. Jacquin's shift: he is my informal Narcotics Anonymous sponsor at MCC, and has pushed me to recommitment to my own recovery. Your honor, Mr. Jacquin is a changed man, bringing the message of recovery to the MCC community and I believe will be a positive productive member of society upon release and be of service to twelve step communities. He will help steer addicts towards a different path from the one he took. I humbly ask you to be lenient in his sentencing.

While Eddie was on Pre Trial release, I saw him intermittently at Crystal Meth Anonymous meetings. He sat in the back row, never got a sponsor, and always seemed like in a hurry to leave. Thus, I was shocked when Mr. Jacquin led a special English language Narcotics Anonymous meeting especially for me upon my entry in the unit. I then found out that for months he had been leading Spanish language meetings, often with double digit attendance. He managed to get Narcotics Anonymous members to donate NA Basic Texts and step workbooks to the unit. He casually invited me to his twice weekly step workshop where, as a group, we went through the narcotics anonymous step workbook.

Despite my having been actively in recovery numerous times, once with four years sobriety, I entered MCC for probation violations in a hopeless state after a catastrophic relapse. Eddie has reinvigorated my own dedication to recovery. He has shown me that there is life beyond using. He has shared his experiences and his own story of remorse. He shares with me stories of the amends he is making with his own family and his plans when he leaves to make amends to society. He plans to become an addiction counselor and eventually social worker upon release. Before that, he is enthusiastic to be a positive force in the RDAP program. I'm inspired by his patience and resolve in moving towards a new life.

Your honor, I am so blessed to have Mr. Jacquin in my life. Please give him the opportunity to spread his message of recovery to wider world and make his amends to society.

Sincerely,
*Stephen Jenkins*

**CERTIFICATE OF SERVICE**

I, Lisa M. Lopez, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on December 3, 2022, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,

*/s/Lisa M. Lopez*

Lisa M. Lopez
Lopez & Lopez, LTD.
Attorney No. 6301850
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001