**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 19CR754 |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| EDUARS JACQUIN | ) | |

**DEFENDANT'S CHARACTER LETTER IN SUPPORT OF HIS OBJECTIONS TO THE PSIR AND POSITION PAPSER AS TO SENTENCING FACTORS**

Now Comes the Defendant, EDUARS JACQUIN, by and through his attorney, LISA M. LOPEZ, and pursuant to Federal rude of Criminal Procedure 32(c), submits a character letter and in support of his objections to the PSIR and Position Paper as to Sentencing Factors.

The letter originally written in Spanish was translated by counsel's bilingual paralegal. The Spanish Letter is submitted first, and the English translation follows. The letter is from Jaime A. Jacquin, father of Eduwars Jacquin.

Respectfully submitted,

*s/Lisa M Lopez*

Lisa M. Lopez
Attorney No. 63018150
Lopez & Lopez, LTD.
53 West Jackson Blvd., Suite 1651
Chicago, IL 60604, (312) 922-2001

Honorable Senora Juez Mary Rowland;

Me dirijo a usted, en forma respetuosa para interceder a favor de mi hijo Edwars Alexander Jacquin Osorio, dada la situacion de privacion de libertad en la que se encuentra, y por cual espera su sentencia. Comenzare, diciendo que para el momento en cual mi ex-esposa y yo decidimos pasar la custodia a su padrino Guillermo Garrido, su mama y yo en ese entonces ya estabamos separados y los dos accedimos dar nuestro consentimiento, con el convencimiento de un mejor futuro para el. Que estudiara, que se superara, que lograra sus metas, y que fuera un hombre culto y exitoso en un pais desarrollado y con mucho de ofrecer a un joven nino de apenas 6 anos de edad, que comenzaria por aprender muy rapido el idioma, a integrarse muy bien con sus companeros de clase y a ser un muy buen estudiante. Se acoplo muy rapido, a tal punto que se fue indentificando con esa cultura, adqueriendo en su forma de actuar el getilicio Norteramericano y perdiendo hasta el idiomade su pais de origen. De nino, simpre fue docil, respetuoso, mas bien callado, observador, y hasta algo timido.Nunca agresivo ni violento. En sus estudios recibiomenciones honorificas por destacarce en ciertas asignaturas y actividades. Cabe destacar tambien sus buenos sentimientos hacia los animales lo cual se refleja en sus estudios de bachiller en ciencias de animales y en su trabajo que tubo cuidando medicamente y ofreciendo sus servicios para el mejorar de animales.

Desafortunadamente, le tengo que ser franco y admitir que falle como padre para Edwars desde el principio. Desalentado y pertubido por mi fracazo matrimonial entre su mama y yo, fui un canalla, cobarde y sin verguenza. Me preocupe por mi empresa y mi nueva familia que habia creado y hui de mi responsabilidad como padre y no lo hubiera dejado en manos ajenas miles de kilometros aparte. En si, estube ausente durante el tiempo mas critico de su desarollo escolastico y social No hay ni la mas minima duda de que si hubiera estado yo presente en la vida de el, yo pudiera haber servido de ejemplo para el, haber guiarlo por el buen camino y nunca hubiera caido en las garras de adiccion a tan temprana edad. En adicion a todo, falle en mantener communicacion con el durante los anos ni intente hacerme parte de su vida. Haste hace poco no tube contacto con el por mas de 15 anos hasta que callo por este caso que en si fue lo unico bueno que a salido de su situacion.

Por estos y muchos otros motivos que pudiera seguir exponiendo, recurro a usted senora juez, para que por favor tome en consideracion estas virtudes y actitudes positivas de mijo Edwars al pesar de su dificil ninez por falta y culpa mia al momento de emitir la decision definitiva de su caso. Es mi hijo mayor al cual amo por encima de cualquir falla y circumstancia. Le reugo que por favor le de una sentencia minima sabiendo que juro de aqui en adelante apoyarlo a salir adelante.

Muy respetuosamente,

Jaime A. Jacquin

Honorable Judge Mary Rowland:

I am writing to you on behalf of my son Edwars Alexander Jacquin Osorio and the situation he is currently imprisoned and awaiting his sentence for. I will begin by telling you about the moment my ex-wife and myself decided to give custody to his godfather Guillermo Garrido. In that time, his mother and I were already separated and decided to give our consent under the conviction that he will have a better future. That he will study, thrive, reach his goals, and be a man with faith and success in a developed country with a lot to offer to a child of 6 years old. That he learn the language quickly, integrate with his classmates, and be a great student. He accustomed very quickly and began to identity with the culture and the North American people and even lost the language of his native country. As a child, he was docile, respectful, very quiet, observant, and at times shy. He was never aggressive nor violent. In his studies, he received honorable mentions for excelling in certain subjects and activities. It is worth noting his kindness toward animals which is reflected in his Bachelor in Animal Science and in his work offering services to improve animal health.

Unfortunately, I have to be frank and admit that I failed as a father to Edwars from the very beginning. Discouraged by my failed marriage, I was a good-for-nothing coward without shame. I was preoccupied with my business and the new family I have created and ran from my responsibility as a father and should not have left him to a stranger's hand thousands of kilometers away. I was absent during the most critical time of his academic and social development. It is without a doubt that if I was present in his life, I would've been a role model and guided him to the right path and would not have fallen to the hands of addiction at such a young age. In addition to everything, I failed to maintain contact throughout the years and did not even attempt to be part of his life. Until very recently, I had no contact for over 15 years until he caught this case, which was the only good that came of this situation.

For this and many other reasons that I could explain, I ask that you take into consideration my son's virtues and positive attitude despite his difficult childhood at my fault. He is my eldest son whom I Iove regardless of any flaw and circumstances. I beg that you give him a short sentence knowing that I swear to support him from here on.

Very respectfully,

Jaime A. Jacquin

**CERTIFICATE OF SERVICE**

I, Lisa M. Lopez, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on March 1, 2023, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,
*s/Lisa M. Lopez*